

US00D701079S

## (12) United States Design Patent
### Arora

(10) Patent No.: **US D701,079 S**
(45) Date of Patent: ** **Mar. 18, 2014**

(54) **CAPED KOOZIE**

(71) Applicant: **Rajnish Arora**, Wooster, OH (US)

(72) Inventor: **Rajnish Arora**, Wooster, OH (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/439,529**

(22) Filed: **Dec. 12, 2012**

(51) LOC (10) Cl. ................................................. **07-02**
(52) U.S. Cl.
    USPC ........................................................ **D7/396.2**
(58) **Field of Classification Search**
    USPC .............. D3/202; D7/213, 305, 392.1, 396.2,
            D7/505, 507, 509, 501, 511, 523, 528, 533,
            D7/536, 605, 608; 220/703, 705, 710, 713
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D304,538 S | * | 11/1989 | Byrns | ............................ | D7/608 |
| D309,073 S | * | 7/1990 | Robinson | ........................ | D7/608 |
| D326,032 S | * | 5/1992 | Leach | ............................. | D7/608 |
| D417,593 S | * | 12/1999 | Ruegg | .......................... | D7/624.2 |
| D493,674 S | * | 8/2004 | Lowe | .............................. | D7/606 |
| D504,285 S | * | 4/2005 | Lowe | .............................. | D7/625 |
| D663,169 S | * | 7/2012 | Beggins et al. | ................. | D7/608 |

OTHER PUBLICATIONS

Batman and Superman Caped Pint Glasses by Geek Alerts dated Dec. 12, 2011. found online [Nov. 14, 2013] http://www.geekalerts.com/batman-superman-caped-pint-glasses/.*
The Original Koozie Can Kooler by Political Sign dated 2004-2011. found online [Nov. 14, 2013] http://www.politicalsign.com/promotional/koozies/the-original-koozie-can-kooler/.*

* cited by examiner

*Primary Examiner* — Robert M Spear
*Assistant Examiner* — Marissa Cash
(74) *Attorney, Agent, or Firm* — Buckingham, Doolittle & Burroughs, LLC

(57) **CLAIM**

I claim the ornamental design for a caped koozie, as shown and described.

**DESCRIPTION**

FIG. **1** is a side perspective view of a caped koozie;
FIG. **2** is a front elevational view of a caped koozie;
FIG. **3** is a side elevational view of a caped koozie;
FIG. **4** is a rear elevational view of a caped koozie;
FIG. **5** is a top view of a caped koozie; and,
FIG. **6** is a bottom view of a caped koozie.
The broken lines in the drawings represent unclaimed environmental subject matter and form no part of the claim.

**1 Claim, 5 Drawing Sheets**





**U.S. Patent**  Mar. 18, 2014  Sheet 1 of 5  US D701,079 S



FIG. 1



FIG. 2

U.S. Patent Mar. 18, 2014 Sheet 3 of 5 US D701,079 S



FIG. 3

U.S. Patent    Mar. 18, 2014    Sheet 4 of 5    US D701,079 S



FIG. 4



FIG. 5



FIG. 6