US00D712198S

(12) **United States Design Patent**
Arora

(10) Patent No.: **US D712,198 S**
(45) Date of Patent: ** **Sep. 2, 2014**

(54) **CAPED DRINKWARE**

(71) Applicant: **Rajnish Arora**, Wooster, OH (US)

(72) Inventor: **Rajnish Arora**, Wooster, OH (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/439,525**

(22) Filed: **Dec. 12, 2012**

(51) **LOC (10) Cl.** ................................................. **07-01**
(52) **U.S. Cl.**
USPC ...................................................... **D7/396.2**
(58) **Field of Classification Search**
USPC ............. D3/202; D7/213, 305, 392.1, 396.2,
D7/505, 507, 509, 501, 511, 523, 528, 533,
D7/536; 220/703, 705, 710, 713
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D305,576 S | * | 1/1990 | Petersen, Jr. ................... | D2/823 |
| D321,774 S | * | 11/1991 | Smith, Jr. ...................... | D2/824 |
| 2013/0180021 A1 | * | 7/2013 | Danner ........................... | 2/10 |

OTHER PUBLICATIONS

Caped Crusader Cups by Trend Hunter dated Apr. 8, 2012, found online [Nov. 15, 2013] http://www.trendhunter.com/trends/super-hero-pint-glasses.*

Batman & Superman Cape and Costume Mugs with Handles by James Kelly, dated Jul. 12, 2012, found online [Nov. 25, 2013] http://www.trendhunter.com/trends/superhero-pint-glasses.*

* cited by examiner

*Primary Examiner* — Robert M Spear
*Assistant Examiner* — Marissa Cash
(74) *Attorney, Agent, or Firm* — Dinsmore & Shohl LLP

(57) **CLAIM**
I claim the ornamental design for caped drinkware, as shown and described.

**DESCRIPTION**

FIG. **1** is a side perspective view of a cape device attached to drinkware;
FIG. **2** is a front elevational view of a cape device attached to drinkware;
FIG. **3** is a side elevational view of a cape device attached to drinkware;
FIG. **4** is a rear elevational view of a cape device attached to drinkware;
FIG. **5** is a top view of a cape device attached to drinkware; and,
FIG. **6** is a bottom view of a cape device attached to drinkware.
The broken lines in the drawings represent unclaimed environmental subject matter.

**1 Claim, 5 Drawing Sheets**




EXHIBIT B



FIG. 1

Case: 5:14-cv-02137  Doc #: 1-3  Filed:  09/25/14  3 of 6.  PageID #: 17



FIG. 2

Case: 5:14-cv-02137  Doc #: 1-3  Filed:  09/25/14  4 of 6.  PageID #: 18



FIG. 3



FIG. 4



FIG. 5



FIG. 6