My Account   Order Status   Wish List   Gift Certificates   View Cart   Sign in or create an account

Home   Shipping & Returns   Terms of Use   Contact Us

Home   Superheroes   DC Comics   Batman Caped Pint

### Categories

- Television
- Movies
- Licensed Character
- Superheroes
- Rock N' Roll
- Drinking Games
- Bachelorette
- Birthday
- Barware
- Clearance



**Click to enlarge**

# Batman Caped Pint

| | |
|---|---|
| Price: | $10.99 (excluding tax) |
| SKU: | 07632 |
| Brand: | DC Comics |
| Rating: | Not Rated |
| Availability: | Usually ships within 48 hours |
| Shipping: | Calculated at checkout |

Quantity:   1   ADD TO CART

### Find Similar Products by Category

Superheroes   DC Comics

### Product Reviews



This product hasn't received any reviews yet. Be the first to review this product!

All prices are in USD. Copyright 2014.



EXHIBIT C
Blumberg No. 5118